**Rick JOHNSON and Fors Capital Corp., Plaintiff–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 01–5009.

United States Court of Appeals, Federal Circuit.

DECIDED: Aug. 8, 2001.

Before RADER, BRYSON, and DYK, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.